UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1)KIDS ONLY, LLC,

              Plaintiff,

v.

(1)TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

              Defendant.

Case No. CIV-18-932-SLP

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, Kids Only, LLC and Defendant, Travelers Casualty Insurance Company of America and hereby stipulate to the dismissal of this above-captioned action to future refiling pursuant to Fed.R.Civ.P. 41.

Respectfully submitted,

_____
J. Drew Houghton
Larry E. Bache, Jr.
Merlin Law Group, P.A.
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, OK 73102
*Attorney for the Plaintiff*

_____
Darrell W. Downs, OBA #12272
Jacob r. Daniel, OBA #32760
400 West Fourth Street
P.O. Box 309
Claremore, Oklahoma 74018
Telephone:   918/343-4100
Facsimile:   918/343-4900
*Attorneys for Defendant*